UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Michael Carrasquillo

                    Plaintiff,

v.                                             Case No.: 1:19–cv–03476
                                                          Honorable Edmond E. Chang

Cherry's, Inc.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 25, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing and motion hearing held. Attorney Maciejwski's oral motion for leave to file his appearance as counsel for Defendant is granted. Defendant is given until 12/13/2019 to file its answer. Plaintiff's motion for default judgment [17] is denied without prejudice. If Defendant does not answer by 12/13/20109, then Defendant is deemed in default, and Plaintiff's motion for default judgment shall be reinstated and granted at the next status hearing. Status hearing set for 12/18/2019 at 9:30 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.